IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PRUDENTIAL SECURITIES INCORPORATED | * | 2001 JAN 29 P 4: 35 |
| Plaintiff | * | |
| v. | * | CIVIL NO. WMN-01-128 |
| ERICH S. BONNER | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

ORDER

For the reasons stated on the record on January 29, 2001, it is this __29th__ day of January, 2001, in the United States District Court for the District of Maryland,

ORDERED:

1. That the Emergency Motion of Erich B. Bonner to Vacate/Modify the TRO, was argued, and "GRANTED" in that paragraph D of this Court's January 17, 2001 Order shall be modified, as follows:

> D. This Order shall remain in effect until the commencement of arbitration, or until Tuesday, February 6, 2001, at 5:00 p.m., whichever occurs first.

2. All other aspects of the January 17, 2001, shall remain in full force and effect.

3. That the Clerk of the Court mail or transmit a copy of this Order to counsel of record.

_____
William M. Nickerson
United States District Judge